IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN CARRION-TORRES<br>Plaintiff<br>vs<br>COMMONWEALTH OF PUERTO RICO; CORRECTIONAL AND REHABILITATION DEPARTMENT; NELSON MERCADO-FELICIANO, Warden; JESUS HERNANDEZ (Recreational Leader); HERIBERTO CHAMORRO<br>Defendants | CIVIL 14-1543CCC |

**ORDER**

Having considered the Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure filed by defendants on October 6, 2014 (D.E. 16), the Response in Opposition filed by plaintiff Juan Carlos Torres pro se on November 4, 2014 (D.E. 17), the allegations of plaintiff's Complaint filed on July 9, 2014 (D.E. 2), and the Report and Recommendation issued by U.S. Magistrate-Judge Justo Arenas on April 22, 2015 (**D.E. 24**), to which no objections have been filed, said Report and Recommendation is APPROVED and ADOPTED.  Accordingly, defendants' Motion to Dismiss (**D.E. 16**) is GRANTED.  Judgment shall be entered dismissing this action.

SO ORDERED.

At San Juan, Puerto Rico, on May 29, 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge